Louise JOHNSON, Plaintiff—Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant—Appellee.

No. 08–2297.

United States Court of Appeals, Fourth Circuit.

Submitted: May 8, 2009.

Decided: May 26, 2009.

Louise Johnson, Appellant Pro Se. Kent Pendleton Porter, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louise Johnson appeals the district court's order dismissing her complaint for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Astrue,* No. 2:08–cv00091–RAJ–FBS (E.D.Va. Sept. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*